**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| M.C. PAINTING CORPORATION | : | |
| Plaintiff, | : | CIVIL ACTION NO.: 0 7 - 2 8 3 |
| | : | |
| v. | : | |
| | : | |
| CIANBRO CORPORATION, | | |
| | : | |
| and | | |
| JOHN DOE BONDING COMPANY<br>an unknown issuer of payment bonds | : | |
| Defendants | | |

## COMPLAINT

Plaintiff, M.C. Painting Corporation, by and through their attorneys, Davis, Bucco & Ardizzi, bring this Complaint against Defendants Cianbro Corporation and John Doe Bonding Company, and in support thereof hereby avers the following:

### PARTIES

1. Plaintiff, M.C. Painting Corporation. ("hereinafter referred to as "MCP"), is a Pennsylvania corporation that provides various services including commercial and industrial painting with a principal place of business located at 1195 Haverford Road, Crum Lynne, PA 19022.

2. Defendant, Cianbro Corporation ("Henderson"), is, upon information and belief, a Maryland Corporation, registered to do business in the State of Delaware with a principal place of business located at 605 Pittman Road, Baltimore, MD 21226.

3.  Defendant, John Doe Bonding Company ("Doe"), is an as-yet unidentified company that, upon information and belief, issues a labor and material payment bond on behalf of Cianbro guaranteeing payment to Cianbro's subcontractors and suppliers for the project at issue in this action.

4.  Plaintiff has requested a copy of the relevant bond and information from Cianbro regarding the identity of its bonding company but to date, no information or documents have been produced.

## VENUE AND JURISDICTION

5.  Jurisdiction is proper pursuant to 28 U.S.C. §1332 (diversity of citizenship) because the parties are diverse and the amount in controversy exceeds $75,000.

6.  Venue is proper in the United States District Court for the District of Delaware pursuant to 28 U.S.C. §1391 because the project at issue in this action is located in Delaware.

## FACTUAL BACKGROUND

7.  At all times relevant herein, Cianbro was engaged in the construction industry as a general contractor/construction manager.

8.  Plaintiff believes and therefore avers that in early 2004 Cianbro was awarded a contract by Delaware Department of Transportation (DelDot) to serve as the general contractor and/or construction manger for a project known as Bridge 688, S. Market Street Draw Bridge located in Wilmington, Delaware (the "Project").

9.  Plaintiff further believes and therefore avers that as a condition of being awarded a contract for the Project, Cianbro was obligated to obtain a labor and material payment bond.

10. Plaintiff further believes and therefore avers that Cianbro obtained a labor and material payment bond from John Doe for the Project.

2

11. On or about April 2004, Plaintiff entered into a subcontract with Cianbro pursuant to which Plaintiff agreed to supply labor and materials to the Project. A true and correct copy of the subcontract is attached hereto as Exhibit "1" and made a part hereof.

12. The work that Plaintiff agreed to perform on the project was work that Cianbro was obligated to perform and part of its contract with the Del DOT.

13. The work that Plaintiff agreed to perform on the project was work that was encompassed and covered by the bond issued to Cianbro.

14. Plaintiff began its work at the Project in April 2004 and performed its work in a good and workmanlike manner.

15. Cianbro received and accepted all labor and materials provided by Plaintiff at the Project.

16. Plaintiff completed its work on the Project.

17. Plaintiff has demanded payment from Cianbro for the labor and materials it provided on the Project.

18. As of the date of the filing of this Complaint, Cianbro has failed and refused to pay Plaintiff for the labor and materials it provided pursuant to the subcontract.

## COUNT I

### BREACH OF CONTRACT
### PLAINTIFF v. CIANBRO

19. Plaintiff incorporates the foregoing allegations of the Complaint, above, as if fully set forth at length herein.

20. Plaintiff provided labor and materials to the Project in accordance with its subcontract with Cianbro and fully complied with all of its obligations under the subcontract.

21. There is a principal balance in the amount of $93,690.09 owed to Plaintiff for the

above-described work.

22. Despite demand, Cianbro has failed and refused to pay the outstanding balance.

23. Cianbro's failure and refusal to pay the balance owed to Plaintiff constitutes a material breach of the subcontract between the parties.

**WHEREFORE**, Plaintiff, M.C. Painting Corporation demands judgment in its favor and against Defendant, Cianbro Corporation, in an amount in of $93,690.09, plus pre-judgment and post-judgment interest and such other relief as this Court deems just and proper.

## COUNT II

### UNJUST ENRICHMENT
### PLAINTIFF v. CIANBRO
(in the alternative)

24. Plaintiff incorporates the allegations set forth above in paragraphs 1 through 23 as if fully set forth at length herein.

25. Cianbro received the benefit of the value of the labor and materials provided by Plaintiff at the Project.

26. Although Cianbro received the full benefit of the labor and materials, it has not paid Plaintiff for the value of said labor or materials.

27. Cianbro's receipt of the value of the labor and materials furnished by Plaintiff without payment therefor constitutes an unjust enrichment to Cianbro to the detriment of Plaintiff.

28. The reasonable value of the labor and materials furnished by Plaintiff is $93,690,09.

4

**WHEREFORE**, Plaintiff, M.C. Painting Corporation demands judgment in its favor and against Defendant, Cianbro Corporation, in an amount in of $93,690.09, plus pre-judgment and post-judgment interest and such other relief as this Court deems just and proper.

## COUNT III

### CLAIM AGAINST LABOR AND MATERIALMAN'S PAYMENT BOND/ BREACH OF PAYMENT BOND (MCP v. JOHN DOE BONDING COMPANY)

29. Plaintiff incorporates the allegations set forth above in paragraphs 1 through 23 as if fully set forth at length herein.

30. Pursuant to the bond issued on behalf of Cianbro, Jon Doe agreed to pay the claims of proper claimants, including Plaintiff, in the event Cianbro failed to pay for the work of such claimants in connection with the Project.

31. Cianbro has failed and refused to pay Plaintiff the outstanding contract balance.

32. Plaintiff is a proper claimant under the Bond because it supplied labor and materials to the Project as a subcontractor to Cianbro.

33. John Doe is liable to Plaintiff pursuant to the terms of the bond for the balance of $93,690.09 owed to Plaintiff.

34. John Doe's failure to pay Plaintiff's claim is a breach of its obligation under the bond.

**WHEREFORE**, Plaintiff, M.C. Painting Corporation, demands judgment in its favor and against Defendant, John Doe Bonding Company., in the amount of $93,690.09, plus interest, costs and such other relief as the Court deems appropriate.

**DAVIS, BUCCO & ARDIZZI**

/s/ Robert D. Ardizzi
———————————————
Robert D. Ardizzi, Esquire
DE Bar No. 3602
901 N. Market Street, Suite 700
Wilmington, DE 19801
(302) 345-9808
Attorneys for Plaintiff

Date: 5-15-07

6

# EXHIBIT 1

Case 1:07-cv-00283-GMS    Document 1-2    Filed 05/23/2007    Page 1 of 4

# CIANBRO

THE CONSTRUCTORS • FABRICATION & COATING • DEVELOPMENT • DATA SERVICES

One Hunnewell Square • P.O. Box 1000
Pittsfield, Maine 04967   (207) 487-3311 • Fax (207) 679-2464

**SUBCONTRACT PURCHASE ORDER**

**No. 200400072MAR**
This order number must be shown on all invoices. Invoices in duplication with a Subcontractor's application for Payment to be sent to the project address below.

| Order Date | Buyer |
|---|---|
| 03/12/2004 | KELLIE DUPLISEA |

**IMPORTANT:** The attached terms and conditions are hereby incorporated into this order and the Subcontractor expressly acknowledges their acceptance.

ALL ITEMS OF THIS ORDER SHALL MEET OSHA STANDARDS

**SUBCONTRACT BETWEEN**

**SUBCONTRACTOR:**
M C PAINTING CORPORATION
1195 HAVERFORD ROAD
CRUM LYNNE PA 19022
ACE NELSON

**AND CONTRACTOR:**
Cianbro Corporation
Hunnewell Square
P.O. Box 1000
Pittsfield, ME 04967

*[RECEIVED APR 22 2004 CIANBRO PURCHASING stamp]*

**PROJECT ADDRESS:**
Cianbro Corporation
320 South Market Street
Wilmington DE 19801

**RETAINAGE:** 5.00%

| PROJECT NAME | CIANBRO CONTACT | PROJECT OWNER |
|---|---|---|
| MARKET STREET BRIDGE REHAB | WILLIAM KLEINFELDER | DELAWARE DEPT OF TRANSPORTATIO |
| PROJECT LOCATION | GENERAL CONTRACT DATE | OWNER'S PROJECT NUMBER |
| NEW CASTLE COUNTY, DE | January 6, 2004 | 21-074-07 |
| PROJECT PHONE NUMBER | PROJECT FAX NUMBER | OWNER'S ARCHITECT / ENGINEER |
| 410-636-3000 | 410-636-3111 | |

| NO. | QTY. | UM | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|
| | | | Provide all labor, materials, tools, safety protection, equipment, supervision, and incidentals thereto, including all applicable taxes, insurances, guarantees, etc, required to complete the following work at the above referenced project in strict accordance with the attachment incorporated herein as well as the General Contract Documents and related documents listed therein, including all addenda. | | |
| | | | SCOPE OF WORK: PROVIDE LABOR, MATERIALS, AND EQUIPMENT TO BLAST, CLEAN, AND PAINT THE COMPLETE BRIDGE STRUCTURE INCLUDING THE MACHINERY AND TO DISPOSE OF ANY HAZARDOUS MATERIALS IN ACCORDANCE WITH STANDARD SPECIFICATION SECTIONS 605.35, 605.37, AND 820 AS WELL AS SPECIAL PROVISION SECTIONS 605533 605590, 605629, AND 605690 THAT WERE PREVIOUSLY SUBMITTED, INCLUDING THE TWO YEAR WARRANTY PROVISION. | | |
| | | | THE SUBCONTRACTOR WILL PROVIDE CIANBRO WITH A SUBCONTRACT PAYMENT AND PERFORMANCE BOND FOR THE PROJECT. CIANBRO WILL SUPPLY LABOR AND EQUIPMENT TO ASSIST IN THE PERFORMANCE OF THE INSPECTION SERVICES REQUIRED DURING THE LAST MONTH OF THE WARRANTY PERIOD. THE SUBCONTRACTOR AGREES TO PERFORM ALL WARRANTY WORK AND WILL SUPPLY ALL MAINTENANCE OF TRAFFIC, ACCESS, CLEANING AND PAINTING OF ANY AREA THAT REQUIRES TO BE RE-DONE UNDER THE WARRANTY, IN ACCORDANCE WITH SPECIAL PROVISION SECTION 605690, AND ANY/ALL ADDITIONAL COSTS ASSOCIATED WITH THIS SECTION. CIANBRO WILL ISSUE A LETTER OF ACCEPTANCE TO SUBCONTRACTOR IN ORDER TO INITIATE THE WARRANTY PERIOD | | |
| | | | THIS SUBCONTRACT DATED APRIL 13, 2004 REPLACES PREVIOUS ORDERS DATED MARCH 1, 2004, AND MARCH 12, 2004 IN ITS ENTIRETY. | | |
| 1 | | LS | Cianbro Account:  303009.02030892.S    370,200.00 | | 370,200.00 |

**AGREEMENT ACCEPTANCE:**
Subcontractor- Please return the acknowledged copy of this form as your acceptance of this order with noted attachments within 5 days to CIANBRO Purchasing Department, P.O. Box 1000, Pittsfield, ME 04967.

Subcontractor  *M.C. Painting Corp.*
Signature  *[signature]*
Title  *Vice President*
Date  *4/20/04*

A CIANBRO AUTHORIZED CORPORATE REPRESENTATIVE'S SIGNATURE IS REQUIRED AND CONSIDERED YOUR NOTICE TO PROCEED.

Cianbro Corporation
Signature  *Brian A. Rogers*
Title
Date  *4-22-04*

**Acknowledgement**

# CIANBRO

**SUBCONTRACT PURCHASE ORDER**

**No.** 200400072MAR

This order number must be shown on all invoices. Invoices in duplication with a Subcontractor's application for Payment to be sent to the project address below.

*THE CONSTRUCTORS • FABRICATION & COATING • DEVELOPMENT • DATA SERVICES*

One Hunnewell Square · P.O. Box 1000
Pittsfield, Maine 04967   (207) 487-3311 · Fax (207) 679-2464

| Order Date | Buyer |
|---|---|
| 03/12/2004 | KELLIE DUPLISEA |

**IMPORTANT:**
Continued....
ALL ITEMS OF THIS ORDER SHALL MEET OSHA STANDARDS

**SUBCONTRACT BETWEEN**
**SUBCONTRACTOR:**

M C PAINTING CORPORATION
1195 HAVERFORD ROAD
CRUM LYNNE  PA  19022
ACE NELSON

| PROJECT NAME | CIANBRO CONTACT | PROJECT OWNER |
|---|---|---|
| MARKET STREET BRIDGE REHAB | WILLIAM KLEINFELDER | DELAWARE DEPT OF TRANSPORTATIO |
| PROJECT LOCATION | GENERAL CONTRACT DATE | OWNER'S PROJECT NUMBER |
| NEW CASTLE COUNTY, DE | January 6, 2004 | 21-074-07 |
| PROJECT PHONE NUMBER | PROJECT FAX NUMBER | OWNER'S ARCHITECT / ENGINEER |
| 410-636-3000 | 410-636-3111 | |

| NO. | QTY. | UM | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|
| 2 | | LS | Cianbro Account: 303009.09970980.S    159,025.00 | | 159,025.00 |

Prior to additional cost being incurred, the Subcontractor must notify the Cianbro Project Superintendent in writing and receive written approval from same in order to receive payment for any additional cost.

This work will be coordinated with the Cianbro Project Superintendent and will be performed between March 2004 and March 2005.

A Certificate of Insurance issued in accordance with the Insurance Requirements attached hereto as well as Worker's Compensation, specifically listing the State the project is located in, is required to be on file at Cianbro prior to the start of work and the execution of this agreement. It is a requirement of this subcontract that Cianbro and the Project Owner be named as Additional Insureds under all of the Subcontractor's liability policies.

This Subcontract Purchase Order executed by both parties and a valid Certificate of Insurance must be on file at Cianbro's Corporate Purchasing before payment will be made to Subcontractor.

The following attachments are considered an integral part of this order:

1) Standard Subcontract Attachment (PU705) (12 Pages)
2) Special Conditions  4-13-04
3) Subcontractor's Quote dated 2/25/04 as amended ~~dated 4/6/04~~
4) OFCCP Letter (Copy enclosed for your files)
5) Pertinent Contract Documents
6) Standard Specification Sections 605.35, 605.37, and 820
7) Special Provision Sections 605533 and 605590, AND 605690
8) Schedule of Payments
9) Subcontractor's Proposal Breakdown
10) Subcontractor's Fax Cover Sheet dated 4/6/04 as amended

**AGREEMENT ACCEPTANCE:**
Subcontractor- Please return the acknowledged copy of this form as your acceptance of this order with noted attachments within 5 days to CIANBRO Purchasing Department, P.O. Box 1000, Pittsfield, ME 04967.

Subcontractor  M.C. Painting Corp.
Signature  [signature]
Title  Vice President
Date  4/20/04

A CIANBRO AUTHORIZED CORPORATE REPRESENTATIVE'S SIGNATURE IS REQUIRED AND CONSIDERED YOUR NOTICE TO PROCEED.

Cianbro Corporation
Signature  [signature]
Title
Date  4-22-04

**Acknowledgement**

# CIANBRO

THE CONSTRUCTORS • FABRICATION & COATING • DEVELOPMENT • DATA SERVICES

One Hunnewell Square • P.O. Box 1000
Pittsfield, Maine 04967   (207) 487-3311 • Fax (207) 679-2464

**SUBCONTRACT PURCHASE ORDER**

**No.** 200400072MAR

This order number must be shown on all invoices. Invoices in duplication with a Subcontractor's application for Payment to be sent to the project address below.

| Order Date | Buyer |
|---|---|
| 03/12/2004 | KELLIE DUPLISEA |

**IMPORTANT:**
Continued....
ALL ITEMS OF THIS ORDER SHALL MEET OSHA STANDARDS

**SUBCONTRACT BETWEEN**
**SUBCONTRACTOR:**
M C PAINTING CORPORATION
1195 HAVERFORD ROAD
CRUM LYNNE PA 19022
ACE NELSON

| PROJECT NAME | CIANBRO CONTACT | PROJECT OWNER |
|---|---|---|
| MARKET STREET BRIDGE REHAB | WILLIAM KLEINFELDER | DELAWARE DEPT OF TRANSPORTATIO |
| PROJECT LOCATION | GENERAL CONTRACT DATE | OWNER'S PROJECT NUMBER |
| NEW CASTLE COUNTY, DE | January 6, 2004 | 21-074-07 |
| PROJECT PHONE NUMBER | PROJECT FAX NUMBER | OWNER'S ARCHITECT / ENGINEER |
| 410-636-3000 | 410-636-3111 | |

| NO. | QTY. | UM | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|
| | | | ***** END ***** | | |
| | | | TOTAL AMOUNT THIS ORDER | | 529,225.00 |

**AGREEMENT ACCEPTANCE:**
Subcontractor- Please return the acknowledged copy of this form as your acceptance of this order with noted attachments within 5 days to CIANBRO Purchasing Department, P.O. Box 1000, Pittsfield, ME 04967.

Subcontractor  M.C. Painting Corp.
Signature      [signature]
Title          Vice President
Date           4-20-04

A CIANBRO AUTHORIZED CORPORATE REPRESENTATIVE'S SIGNATURE IS REQUIRED AND CONSIDERED YOUR NOTICE TO PROCEED.

Cianbro Corporation
Signature  [signature]
Title
Date       4-22-04

**Acknowledgement**

☙JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
M.C. PAINTING CORPORATION

### DEFENDANTS
CIANBRO CORPORATION and
JOHN DOE BONDING COMPANY

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Davis, Bucco & Ardizzi
901 N. Market Street, Suite 700
Wilmington, DE 19801

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☒ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | PERSONAL PROPERTY | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | LABOR | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☒ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | ☐ 791 Empl. Ret. Inc. Security Act | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. §1332
Brief description of cause:
Breach of Contract

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 93,690.09
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____  DOCKET NUMBER _____

DATE May 23, 2007
SIGNATURE OF ATTORNEY OF RECORD Robert D. Ardizzi

FOR OFFICE USE ONLY

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

JS 44 Reverse (Rev. 11/04)

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I. **(a) Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

   **(b) County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

   **(c) Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II. **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

III. **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV. **Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

V. **Origin.** Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

VI. **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.**   Example:   U.S. Civil Statute: 47 USC 553
Brief Description: Unauthorized reception of cable service

VII. **Requested in Complaint. Class Action.** Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII. **Related Cases.** This section of the JS 44 is used to reference related pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.