AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. 07-283 GMS



## ACKNOWLEDGMENT OF RECEIPT FOR AO FORM 85

### *NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF __3__ COPIES OF AO FORM 85.

__5/23/07__
(Date forms issued)

__Robert D. Ardizy__
(Signature of Party of their Representative)

__Robert D. Ardizy, Esquire__
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action