⬥AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE<br>July 13, 2007 |
| NAME OF SERVER *(PRINT)*<br>Aquil K. Starks | TITLE<br>Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): <u>Served the Defendant Cianbro Corporation the Summons and Amended Complaint via certified mail. A copy of the certified green card is attached.</u>

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7-13-07
                 Date

*Signature of Server*
Davis, Bucco & Ardizzi
901 N. Market Street
Wilmington, DE 19801

*Address of Server*

FILED U.S. DISTRICT COURT DISTRICT OF DELAWARE  2007 JUL 23 AM 8:26

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Cianbro Corporation
One Hunneville Square
P.O. Box 1000
Pittsfield, ME 04967

2. Article Number
(Transfer from service label)

7007 0220 0002 0836 4618

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _E. Schissler_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
E. J. Schissler    7/5/07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☒ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes