AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | **DATE** July 13, 2007 |
| NAME OF SERVER *(PRINT)* Aquil K. Starks | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): **Served the Defendant Travelers Casualty and Surety Company of America the Summons and Amended Complaint via certifed mail. A copy of the certified green card is attached.**

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7-13-07
_____
Date

*Signature of Server*

Davis, Bucco & Ardizzi
901 N. Market Street
Wilmington, DE 19801
_____
*Address of Server*

FILED U.S. DISTRICT COURT
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2007 JUL 23  AM 8: 27

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Travelers Casualty and
Surety Company of America
One Tower Square
Hartford, CT 06183-6014

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____    □ Agent
                      □ Addressee

B. Received by ( Printed Name )    JUL 05 2007    C. Date of Delivery

DARRELL SMITH

D. Is delivery address different from item 1?    □ Yes
   If YES, enter delivery address below:         □ No

3. Service Type
   ☑ Certified Mail    □ Express Mail
   □ Registered        ☑ Return Receipt for Merchandise
   □ Insured Mail      □ C.O.D.

4. Restricted Delivery? (Extra Fee)    □ Yes

2. Article Number
(Transfer from service label)

7007 0220 0002 0636 4601

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-