IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

M.C. PAINTING CORPORATION,            :
                                      :
            Plaintiff,                :     C.A. NO. 07-283
                                      :
    v.                                :
                                      :
CIANBRO CORPORATION, AND              :
TRAVELERS CASUALTY AND SURETY         :
COMPANY OF AMERICA,                   :
                                      :
            Defendants                :

### ENTRY OF APPEARANCE

PLEASE ENTER the appearance of Christopher A. Selzer of McCarter & English, LLP, as attorney for defendant, CIANBRO CORPORATION.

        Respectfully submitted,

        MCCARTER & ENGLISH, LLP

        /S/Christopher A. Selzer
        Christopher A. Selzer (DE Bar I.D. #4305)
        Renaissance Centre
        405 North King Street, 8th Floor
        Wilmington, DE  19801
        (302) 984-6300
        (302) 984-6399 Facsimile
        *Attorney for Defendant*
        *Cianbro Corporation*

Dated: August 31, 2007

ME1 6690548v.1

## **CERTIFICATE OF SERVICE**

I, Christopher A. Selzer, hereby certify that on August 31, 2007, I caused a copy of the foregoing Entry of Appearance to be served upon counsel of record via the ECF filing:

/S/Christopher A. Selzer
Christopher A. Selzer (DE Bar I.D. #4305)

ME1 6690548v.1