IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| M.C. PAINTING CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. NO. 07-283 |
| | ) | |
| v. | ) | |
| | ) | |
| CIANBRO CORPORATION, AND | ) | |
| TRAVELERS CASUALTY AND SURETY | ) | |
| COMPANY OF AMERICA, | ) | |
| | ) | |
| Defendants | ) | |

**ENTRY OF APPEARANCE**

PLEASE ENTER the appearance of Sandra G. M. Selzer of Greenberg Traurig LLP, as attorney for defendant, TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA.

Respectfully submitted,

GREENBERG TRAURIG, LLP

*/s/ Sandra G. M. Selzer*

Sandra G. M. Selzer, Esq. (DE Bar No. 4283)
The Nemours Building
1007 North Orange Street
Suite 1200
Wilmington, Delaware 19801
Telephone: 302-661-7000
Facsimile: 302-661-7360
Electronic Mail: selzers@gtlaw.com

Dated: September 7, 2007

*Attorney for Defendant Travelers Casualty and Surety Company of America*

DEL 86193167v1 8/31/2007

## CERTIFICATE OF SERVICE

I, Sandra G. M. Selzer, hereby certify that on September 7, 2007, I caused a copy of the foregoing Entry of Appearance to be served upon counsel of record via the ECF filing:

Robert Daniel Ardizzi, Esquire
Davis, Bucco & Ardizzi
901 N. Market Street, Suite 700
Wilmington, DE 19801
Email: robert.ardizzi@davisbucco.com

Christopher Alan Selzer, Esquire
McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
Email: cselzer@mccarter.com

_____
Sandra G. M. Selzer, Esquire (DE Bar No. 4283)

DEL 86193167v1 8/31/2007