IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| M.C. PAINTING CORPORATION<br>Plaintiff,<br><br>v.<br><br>CIANBRO CORPORATION, and<br>TRAVELERS CASUALTY AND<br>SURETY COMPANY OF AMERICA,<br><br>Defendants. | §<br>§<br>§<br>§<br>§   C.A. No. 1:07-cv-283 (GMS)<br>§<br>§<br>§<br>§<br>§<br>§ |

### NOTICE OF STIPULATION TO EXTEND TIME TO ANSWER AMENDED COMPLAINT AND REQUEST FOR ORDER

COME NOW, the Parties by and through undersigned counsel, with this Stipulation to Extend Time to Answer Plaintiff's Amended Complain (the "Stipulation"), and in support hereof states as follows:

1. On May 23, 2007, plaintiff M.C. Painting Corporation ("M.C. Painting") filed its Complaint against defendant Cianbro Corporation ("Cianbro"), and defendant John Doe Bonding Company, alleging *inter alia* breach of contract.

2. On May 31, 2007, M.C. Painting filed its first amended complaint substituting defendant Travelers Casualty and Surety Company of America for John Doe Bonding Company (the "Amended Complaint").

3. Shortly thereafter the Parties met to discuss this matter and continue to negotiate a potential dispositive resolution to the counts raised by the Amended Complaint.

4. The Parties, with the Court's approval, hereby stipulate and agree that defendants, Cianbro Corporation and Travelers Casualty and Surety Company of American, shall Answer plaintiff's Amended Complaint by not later than October 15, 2007.

ME1 6713374v.1

WHEREFORE, the Parties pray that this Honorable Court enter an order, in the form attached hereto, approving this Stipulation.

Respectfully Submitted,

September 12, 2007.

                          **McCARTER & ENGLISH, LLP**

                          /s/ Christopher A. Selzer
                          Christopher A. Selzer, Esq. (#4305)
                          405 North King Street, 8th Floor
                          P.O. Box 111
                          Wilmington, DE  19899
                          (302) 984.6300
                          (302) 984.6399
                          **Counsel for Defendant Cianbro Corporation**

                          **GREENBERG TRAURIG, LLP**

                          /s/ Sandra G. M. Selzer
                          Sandra G. M. Selzer, Esq. (#4283)
                          The Nemours Building
                          1007 North Orange Street, Suite 1200
                          Wilmington, Delaware 19801
                          Telephone:  (302) 661-7000
                          Facsimile:  (302) 661-7360
                          **Counsel for Defendant Travelers Casualty and Surety**

                          **DAVIS, BUCCO & ARDIZZI**

                          /s/ Robert D. Ardizzi
                          Robert D. Ardizzi, Esquire (#3602)
                          901 N. Market Street, Suite 700
                          Wilmington, DE 19801
                          (302) 345-9808
                          **Counsel for Plaintiff M.C. Painting**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| M.C. PAINTING CORPORATION<br>Plaintiff,<br><br>v.<br><br>CIANBRO CORPORATION, and<br>TRAVELERS CASUALTY AND<br>SURETY COMPANY OF AMERICA,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | C.A. No. 1:07-cv-283 (GMS) |

## **PROPOSED ORDER**

HAVING CONSIDERED the Stipulation of the Parties in this matter to extend time within which defendants shall Answer plaintiff's Amended Complaint, there being no objection thereto and good cause having been shown;

IT IS HEREBY ORDERED, this ___, day of September, 2007, that the time in which defendants shall file an Answer to plaintiff's Amended Complaint is extended to October 15, 2007.

_____
The Honorable Gregory M. Sleet

ME1 6713374v.1

## CERTIFICATE OF SERVICE

I, Christopher A. Selzer, hereby certify that on September 12, 2007, I caused a copy of the foregoing NOTICE OF STIPULATION TO EXTEND TIME TO ANSWER AMENDED COMPLAINT AND REQUEST FOR ORDER to be served upon counsel of record via ECF filing.

/s/ Christopher A. Selzer
Christopher A. Selzer, Esq. (#4305)