**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE**

| | |
|---|---|
| M.C. PAINTING CORPORATION | : |
| Plaintiff, | : |
| v. | : |
| | : No. 1:07-cv-283 (GMS) |
| CIANBRO CORPORATION, | : |
| | : |
| and | : |
| | : |
| TRAVELERS CASUALTY AND | : |
| SURETY COMPANY OF AMERICA | : |
| | : |
| Defendants | : |

## ANSWER TO COUNTERCLAIM

Plaintiff, M.C. Painting Corporation, by and through its attorneys, Davis, Bucco & Ardizzi, hereby answers the Counterclaim filed by Cianbro Corporation in this matter as follows:

1. No response required by Plaintiff.

2. Admitted only that Plaintiff and Cianbro executed the agreement attached to the Amended Complaint as Exhibit "1".

3. Denied. The document is in writing and speaks for itself and any attempt to characterize its terms is therefore denied.

4. Denied. The document is in writing and speaks for itself and any attempt to characterize its terms is therefore denied.

5. Denied.

6. Plaintiff lacks sufficient information and knowledge to form a belief as to the truth of the allegation regarding the damages allegedly incurred by Cianbro. However, it is denied that Plaintiff is liable for said damages.

7. Denied.

8. Denied as a conclusion of law to which no response is required.

## Count I – Breach of Contract and Declaration of Cianbro's Relieved Performance

9. Plaintiff incorporates its responses to paragraphs 1 through 8 above as if fully set forth at length herein.

10. Denied as a conclusion of law to which no response is required.

11. Denied as a conclusion of law to which no response is required.

12. Denied as a conclusion of law to which no response is required. Further, Plaintiff lacks sufficient information and knowledge to form a belief as to the truth of the allegation regarding the damages allegedly incurred by Cianbro. However, it is denied that Plaintiff is liable for said damages.

13. Denied as a conclusion of law to which no response is required. Further, Plaintiff lacks sufficient information and knowledge to form a belief as to the truth of the allegation regarding the damages allegedly incurred by Cianbro. However, it is denied that Plaintiff is liable for said damages.

14. Denied as a conclusion of law to which no response is required. However, it is denied that Plaintiff is liable for said damages.

**WHEREFORE**, Plaintiff, M.C. Painting Corporation, demands judgment in its favor and against Defendant Cianbro Corporation as to the Counterclaim and in accordance with the Amended Complaint filed in this matter.

## **AFFIRMATIVE DEFENSES TO COUNTERCLAIM**

1.  The Counterclaim is barred by Cianbro's own material breach of the parties' contract.

2.  The prices charged by Plaintiff were the fair and reasonable prices charged in the industry and the prices that Cianbro agreed to pay for the work.

**DAVIS, BUCCO & ARDIZZI**

/s/ Robert D. Ardizzi
Robert D. Ardizzi, Esquire
DE Bar No. 3602
901 N. Market Street, Suite 700
Wilmington, DE 19801
(302) 345-9808
Attorneys for Plaintiff