# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF DELAWARE

| | |
|---|---|
| M.C. PAINTING CORPORATION, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : No. 1:07-cv-283 (GMS) |
| | : |
| CIANBRO CORPORATION, | : |
| | : |
| and | : |
| | : |
| TRAVELERS CASUALTY AND | : |
| SURETY COMPANY OF AMERICA, | : |
| | : |
| Defendants. | : |

## NOTICE OF SERVICE

    I, Christopher A. Selzer, hereby certify that on December 7, 2007 a true and correct copy of DEFENDANT CIANBRO CORPORATION'S RESPONSES TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO DEFENDANTS was served via first class mail upon the following counsel:

| | |
|---|---|
| Robert Daniel Ardizzi, Esq. | Sandra G. M. Selzer, Esq |
| Davis, Bucco & Ardizzi | Greenberg Traurig, LLP |
| 901 N. Market Street, Suite 700 | 1007 North Orange Street |
| Wilmington, DE 19801 | Suite 1200 |
| | The Nemours Building |
| | Wilmington, DE 19801 |

                                                                       **McCARTER & ENGLISH, LLP**

                                                                       /s/Christopher A. Selzer
                                                                       Christopher A. Selzer, Esq. (#4305)
                                                                        405 N. King Street, 8th Floor
                                                                        Wilmington, DE  19801
                                                                        (302)984-6300
                                                                        (302)984-6399 fax
                                                                        **Counsel for Defendant Cianbro Corporation**

Date: December 7, 2007

ME1 6972099v.1

## CERTIFICATE OF SERVICE

I, Christopher A. Selzer, hereby certify that on December 7, 2007, I caused a copy of the NOTICE OF SERVICE OF DEFENDANT CIANBRO CORPORATION'S RESPONSES TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO DEFENDANTS to be served upon counsel of record via the CM/ECF file and serve system.

/s/Christopher A. Selzer
Christopher A. Selzer, Esq. (#4305)

ME1 6972099v.1