IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| M.C. PAINTING CORPORATION | ) | |
| | ) | C.A. No. 1:07-cv-00283-GMS |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CIANBRO CORPORATION, and | ) | |
| TRAVELERS CASUALTY AND SURETY | ) | |
| COMPANY OF AMERICA, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| CIANBRO CORPORATION, | ) | |
| | ) | |
| Counter-Claim Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| M.C. PAINTING CORPORATION, | ) | |
| | ) | |
| Counter-Claim Defendant. | ) | |

## NOTICE OF SERVICE OF DISCOVERY

PLEASE TAKE NOTICE that true and correct copies of the following were served on December 7, 2007 upon the following persons via hand delivery and electronic mail.

- Defendant Travelers Casualty And Surety Company Of America Responses To Plaintiff's Request For Production Of Documents Directed To Defendants

Robert Daniel Ardizzi, Esquire
Davis, Bucco & Ardizzi
901 N. Market Street, Suite 700
Wilmington, DE 19801
Email: robert.ardizzi@davisbucco.com

Christopher Alan Selzer, Esquire
McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
Email: cselzer@mccarter.com

                          **GREENBERG TRAURIG, LLP**

                          /s/ Sandra G. M. Selzer
                          Sandra G. M. Selzer, Esq. (DE Bar No. 4283)
                          The Nemours Building
                          1007 North Orange Street
                          Suite 1200
                          Wilmington, Delaware 19801
                          Telephone: 302-661-7000
                          Facsimile: 302-661-7360
                          Electronic Mail: selzers@gtlaw.com

                          *Attorney for Defendant Travelers Casualty and*
                          *Surety Company of America*

Dated: December 7, 2007.

DEL 86203262v1 12/7/2007