IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| M.C. PAINTING CORPORATION, | ) | |
| | ) | C.A. No. 1:07-cv-00283-GMS |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CIANBRO CORPORATION, and | ) | |
| TRAVELERS CASUALTY AND SURETY | ) | |
| COMPANY OF AMERICA, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| CIANBRO CORPORATION, | ) | |
| | ) | |
| Counter-Claim Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| M.C. PAINTING CORPORATION, | ) | |
| | ) | |
| Counter-Claim Defendant. | ) | |

## NOTICE OF SERVICE OF DISCOVERY

PLEASE TAKE NOTICE that true and correct copies of the following were served on December 7, 2007 upon the following persons via hand delivery and electronic mail.

- Defendant Travelers Casualty And Surety Company Of America's Response To Plaintiff's Interrogatories Directed To Defendants

Robert Daniel Ardizzi, Esquire
Davis, Bucco & Ardizzi
901 N. Market Street, Suite 700
Wilmington, DE 19801
Email: robert.ardizzi@davisbucco.com

Christopher Alan Selzer, Esquire
McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
Email: cselzer@mccarter.com

                                **GREENBERG TRAURIG, LLP**

                                Sandra G. M. Selzer, Esq. (DE Bar No. 4283)
                                The Nemours Building
                                1007 North Orange Street
                                Suite 1200
                                Wilmington, Delaware 19801
                                Telephone: 302-661-7000
                                Facsimile: 302-661-7360
                                Electronic Mail: selzers@gtlaw.com

                                *Attorney for Defendant Travelers Casualty and*
                                *Surety Company of America*

Dated: December 7, 2007.

*DEL 86203250v1 12/7/2007*

2