## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| M.C. PAINTING CORPORATION, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 1:07-cv-283 (GMS) |
| | : | |
| CIANBRO CORPORATION, | : | |
| | : | |
| and | : | |
| | : | |
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, | : | |
| | : | |
| Defendants. | : | |

### NOTICE OF SERVICE

I, Christopher A. Selzer, hereby certify that on December 7, 2007 a true and correct copy of DEFENDANT CIANBRO CORPORATION'S RESPONSE TO PLAINTIFF'S INTERROGATORIES DIRECTED TO DEFENDANTS was served via first class mail upon the following counsel:

| | |
|---|---|
| Robert Daniel Ardizzi, Esq. | Sandra G. M. Selzer, Esq |
| Davis, Bucco & Ardizzi | Greenberg Traurig, LLP |
| 901 N. Market Street, Suite 700 | 1007 North Orange Street |
| Wilmington, DE 19801 | Suite 1200 |
| | The Nemours Building |
| | Wilmington, DE 19801 |

**McCARTER & ENGLISH, LLP**

/s/Christopher A. Selzer
Christopher A. Selzer, Esq. (#4305)
405 N. King Street, 8th Floor
Wilmington, DE  19801
(302)984-6300
(302)984-6399 fax
**Counsel for Defendant Cianbro Corporation**

Date: December 7, 2007

ME1 6971971v.1

## CERTIFICATE OF SERVICE

I, Christopher A. Selzer, hereby certify that on December 7, 2007, I caused a copy of the NOTICE OF SERVICE OF DEFENDANT CIANBRO CORPORATION'S RESPONSE TO PLAINTIFF'S INTERROGATORIES DIRECTED TO DEFENDANTS to be served upon counsel of record via the CM/ECF file and serve system.

/s/Christopher A. Selzer
Christopher A. Selzer, Esq. (#4305)

ME1 6971971v.1