# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| M.C. PAINTING CORPORATION, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 1:07-cv-283 (GMS) |
| | : | |
| CIANBRO CORPORATION, | : | |
| | : | |
| and | : | |
| | : | |
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF SERVICE

I, Christopher A. Selzer, hereby certify that on December 18, 2007 a true and correct copy of DEFENDANT CIANBRO CORPORATION'S SUPPLEMENTAL RESPONSES TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO DEFENDANTS was served via first class mail upon the following counsel:

Robert Daniel Ardizzi, Esq.  
Davis, Bucco & Ardizzi  
901 N. Market Street, Suite 700  
Wilmington, DE 19801

Sandra G. M. Selzer, Esq  
Greenberg Traurig, LLP  
1007 North Orange Street  
Suite 1200  
The Nemours Building  
Wilmington, DE 19801

**McCARTER & ENGLISH, LLP**

/s/Christopher A. Selzer  
Christopher A. Selzer, Esq. (#4305)  
405 N. King Street, 8th Floor  
Wilmington, DE 19801  
(302)984-6300  
(302)984-6399 fax  
**Counsel for Defendant Cianbro Corporation**

Date: December 18, 2007

ME1 6995597v.1