IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF DELAWARE

| | | |
|---|---|---|
| M.C. PAINTING CORPORATION | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | Case No. 07-283 (GMS) |
| CIANBRO CORPORATION, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA | ) ) | |
| | ) | |
| Defendants | ) | |

**DEFENDANT CIANBRO CORPORATION'S DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant, Cianbro Corporation ("Cianbro"), certifies that Cianbro and its parent corporation are privately held, and neither trade securities instruments on any national or international exchange.

                                                  McCARTER & ENGLISH, LLP

                                                  /s/ Christopher A. Selzer
                                                  Christopher A. Selzer, Esq. (#4305)
                                                  405 N. King Street, 8th Floor
                                                  Wilmington, DE  19801
                                                  (302)-984-6300
                                                  (302)-984-6399 facsimile
                                                  Attorneys for Defendant
                                                  Cianbro Corporation

Date:  January 9, 2008

# CERTIFICATE OF SERVICE

I, Christopher Selzer, hereby certify that on January 9, 2008, I electronically filed the foregoing **DEFENDANT CIANBRO CORPORATION'S DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1** with the Clerk of the Court, and caused service of the same upon counsel of record via the CM/ECF system.

                    By:    /s/ Christopher Selzer
                            Christopher Selzer, Esq. (#4305)