IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| M.C. PAINTING CORPORATION )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CIANBRO CORPORATION, and )<br>TRAVELERS CASUALTY AND SURETY )<br>COMPANY OF AMERICA, )<br>)<br>Defendants. )<br>) | C.A. No. 1:07-cv-00283-GMS |

**DEFENDANT TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA'S DISCLOSURE STATEMENT PURSUANT
TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant, Travelers Casualty and Surety Company of America ("Travelers"), certifies that Travelers is 100% owned by Travelers Casualty and Surety Company, which is 100% owned by Travelers Insurance Group Holdings Inc., which is 100% owned by Travelers Property Casualty Corp., which is 100% owned by The St. Paul Travelers Companies, Inc. The St. Paul Travelers Companies, Inc. is the only publicly held company in the corporate family.

Dated: January 10, 2008

GREENBERG TRAURIG, LLP

_____
Sandra G. M. Selzer, Esq. (DE Bar No. 4283)
The Nemours Building
1007 North Orange Street
Suite 1200
Wilmington, Delaware 19801
Telephone: 302-661-7000
Facsimile: 302-661-7360
Electronic Mail: selzers@gtlaw.com

*Attorney for Defendant Travelers Casualty and
Surety Company of America*

## CERTIFICATE OF SERVICE

I, Sandra G. M. Selzer, hereby certify that on January 10, 2008, I caused a copy of the foregoing to be served upon counsel of record via the ECF filing:

Robert Daniel Ardizzi, Esquire
Davis, Bucco & Ardizzi
901 N. Market Street, Suite 700
Wilmington, DE 19801
Email: robert.ardizzi@davisbucco.com

Christopher Alan Selzer, Esquire
McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
Email: cselzer@mccarter.com

_____
Sandra G. M. Selzer, Esquire (DE Bar No. 4283)

*DEL 86,205,486v1 1/9/2008*