IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| M.C. PAINTING CORPORATION | : |
| Plaintiff, | : |
| v. | : |
| | : **No. 1:07-CV-283 (GMS)** |
| CIANBRO CORPORATION, | : |
| | : |
| and | : |
| | : |
| TRAVELERS CASUALTY AND | : |
| SURETY COMPANY OF AMERICA | : |
| | : |
| Defendants | : |

**PLAINTIFF'S DISCLOSURE STATEMENT PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Plaintiff, M.C. Painting Corporation, by and through its undersigned attorney, hereby certifies that it is privately held corporation, that it does not have a parent corporation and that no publicly held corporation owns 10% or more of its stock.

**DAVIS, BUCCO & ARDIZZI**

/s/ Robert D. Ardizzi
Robert D. Ardizzi, Esquire
DE Bar No. 3602
901 N. Market Street, Suite 700
Wilmington, DE 19801
(302) 345-9808
robert.ardizzi@davisbucco.com
Attorneys for Plaintiff

Date:  January 14, 2008

**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE**

| | |
|---|---|
| M.C. PAINTING CORPORATION | : |
|           Plaintiff, | : |
|     v. | : |
| | : No. 1:07-cv-283 (GMS) |
| CIANBRO CORPORATION, | : |
| | : |
|        and | : |
| | : |
| TRAVELERS CASUALTY AND | : |
| SURETY COMPANY OF AMERICA | : |
| | : |
|           Defendants | : |

**CERTIFICATE OF SERVICE**

      I herby certify that true and correct copies of Plaintiff's Disclosure Pursuant to Rule 7.1 were served upon counsel for the Defendants via electronic mail on January 14, 2008 at the following addresses:

Sandra G.M. Selzer, Esquire
Greenberg Traurig, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
selzers@gtlaw.com

Christopher Alan Selzer, Esquire
McCarter & English
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
cselzer@mccarter.com

                                      DAVIS BUCCO & ARDIZZI

                                      BY: /s/ Robert D. Ardizzi, Esquire
                                            Robert D. Ardizzi, Esquire
                                            Bar I.D. No. 3602
                                            901 N. Market Street, Suite 700
                                            Wilmington, DE 19801
                                            (302) 345-9808
Date:  January 14, 2008                    robert.ardizzi@davisbucco.com