IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| M.C. PAINTING CORPORATION | : |
|         Plaintiff, | : |
|    v. | : |
| | : No. 1:07-cv-283 (GMS) |
| CIANBRO CORPORATION, | : |
| | : |
|         and | : |
| | : |
| TRAVELERS CASUALTY AND | : |
| SURETY COMPANY OF AMERICA | : |
| | : |
|         Defendants | : |

**PLAINTIFF'S INITIAL DISCLOSURES**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)**

Pursuant to Federal Rule of Civil Procedure 26(a)(1), Plaintiff, M.C. Painting Corporation, through its undersigned counsel, hereby submits the following Initial Disclosures.

    **A.**    **Individuals Likely to Have Discoverable Information Concerning the Claims and Defenses In This Action**

Plaintiff believes the following are likely to have discoverable information on its behalf concerning the claims in this action:

    1.    Van Calombaris, President
            M.C. Painting Corporation
            1195 Haverford Road
            Crum Lynne, PA 19022

Plaintiff reserves its right to supplement this list up to and including the time for trial if additional information becomes available.

B.  **Documents and Things in the Possession, Custody or Control of Plaintiff or Plaintiff's Counsel**

Plaintiff maintained a file for the construction project that is at issue in this action. Said file contains all of the documents pertinent to the claims and defenses raised herein and is available for inspection and copying upon the request of the Defendants.

C.  **Calculation of Damages**

Plaintiff seeks $93,690.15 for work performed at the project at issue in this action, which is calculated as follows:

| | |
|---|---|
| Original Contract Amount | $529,225.00 |
| Additional Work done on Time and material basis | 29,727.58 |
| Subtotal | $558,952.58 |
| Payments to Date | (465,262.43) |
| **Balance** | **$93,690.09** |

D.  **Insurance Agreements**

There are no insurance agreements within the scope of Rule 26(a)(1)(D) relevant to this matter, to the best of Plaintiff's knowledge.

DAVIS, BUCCO & ARDIZZI

/s/ Robert D. Ardizzi, Esquire
Delaware Bar I.D. No. 3602
901 N. Market Street, Suite 700
Wilmington, DE 19801
(302) 345-9808
robert.ardizzi@davisbucco.com
Attorney for Plaintiff

Date: January 14, 2008

**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE**

| | |
|---|---|
| M.C. PAINTING CORPORATION | : |
|            Plaintiff, | : |
|     v. | : |
| | : **No. 1:07-cv-283 (GMS)** |
| CIANBRO CORPORATION, | : |
| | : |
|       and | : |
| | : |
| TRAVELERS CASUALTY AND | : |
| SURETY COMPANY OF AMERICA | : |
| | : |
|            Defendants | : |

**<u>CERTIFICATE OF SERVICE</u>**

      I herby certify that true and correct copies of Plaintiff's Disclosures Pursuant to Rule 26(a)(1) were served upon counsel for the Defendants via electronic mail on January 14, 2008 at the following addresses:

Sandra G.M. Selzer, Esquire
Greenberg Traurig, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
selzers@gtlaw.com

Christopher Alan Selzer, Esquire
McCarter & English
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
cselzer@mccarter.com

                                          DAVIS BUCCO & ARDIZZI

                                          BY: <u>/s/ Robert D. Ardizzi, Esquire</u>
                                                Robert D. Ardizzi, Esquire
                                                Bar I.D. No. 3602
                                                901 N. Market Street, Suite 700
                                                Wilmington, DE 19801
                                                (302) 345-9808
Date: January 14, 2008                     robert.ardizzi@davisbucco.com