IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| M.C. PAINTING CORPORATION )<br>)<br> Plaintiff, )<br>)<br>v. )<br>)<br>CIANBRO CORPORATION, and )<br>TRAVELERS CASUALTY AND SURETY )<br>COMPANY OF AMERICA, )<br>)<br> Defendants. )<br>_____) | C.A. No. 1:07-cv-00283-GMS |

**DEFENDANT TRAVELERS CASUALTY AND
SURETY COMPANY OF AMERICA'S INITIAL DISCLOSURES
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)**

  COMES NOW, Travelers Casualty and Surety Company of America ("Travelers"), by and through undersigned counsel pursuant to Federal Rule of Civil Procedure 26(a)(1) with this initial disclosure and states as follows:

  A. **Parties Likely to Have Discoverable Information
    Concerning Claims and Defenses in this Action:**

    Nicole M. Crawford
    Travelers
    One Tower Square
    Mail Drop 2S1
    Hartford, CT  06183

    Travelers reserves the right to update this list.

  B. **The Location of Documents and Records likely to
    be of Assistance in the Litigation of all Claims and Counter-Claims:**

    Travelers maintains a claim file for Bond Number 104190973 which may include information relevant to Plaintiff's claims and Cianbro Corporation's counter claim.

Travelers also maintains a file in the office of its general counsel. Travelers' outside counsel Greenberg Traurig, LLP maintains a file related to this matter.

C. **A Calculation of Damages**

Travelers has filed no counter-claim to which calculation of damages is applicable.

D. **Insurance Coverage Relevant to this Matter**

No insurance coverage is relevant to Plaintiffs' claims.

Dated: January 15, 2008

**GREENBERG TRAURIG, LLP**

_____
Sandra G. M. Selzer, Esq. (DE Bar No. 4283)
The Nemours Building
1007 North Orange Street
Suite 1200
Wilmington, Delaware 19801
Telephone: 302-661-7000
Facsimile: 302-661-7360
Electronic Mail: selzers@gtlaw.com

*Attorney for Defendant Travelers Casualty and Surety Company of America*

Case 1:07-cv-00283-GMS    Document 27-2    Filed 01/15/2008    Page 1 of 1

## CERTIFICATE OF SERVICE

      I, Sandra G. M. Selzer, hereby certify that on January 15, 2008, I caused a copy of the foregoing to be served upon counsel of record via the ECF filing:

Robert Daniel Ardizzi, Esquire
Davis, Bucco & Ardizzi
901 N. Market Street, Suite 700
Wilmington, DE 19801
Email: robert.ardizzi@davisbucco.com

Christopher Alan Selzer, Esquire
McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
Email: cselzer@mccarter.com

                                                  Sandra G. M. Selzer, Esquire (DE Bar No. 4283)

*DEL 86,205,790v1 1/14/2008*