IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF DELAWARE

| | |
|---|---|
| M.C. PAINTING CORPORATION ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Case No. 07-283 (GMS) |
| CIANBRO CORPORATION, ) | |
| ) | |
| and ) | |
| ) | |
| TRAVELERS CASUALTY AND ) | |
| SURETY COMPANY OF AMERICA ) | |
| ) | |
| Defendants ) | |

**DEFENDANT CIANBRO CORPORATION'S INITIAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)**

COMES NOW, Cianbro Corporation ("Cianbro"), by and through undersigned counsel pursuant to Federal Rule of Civil Procedure 26(a)(1) with this initial disclosure and states as follows:

**A.    Parties Likely to Have Discoverable Information Concerning Claims and Defenses in this Action:**

Tom Stone
Cianbro Corporation
605 Pittman Road
Baltimore, MD

Mike Hart
Cianbro Corporation
605 Pittman Road
Baltimore, MD

Cianbro reserves the right to update his list.

**B.    The Location of Documents and Records Likely to be of Assistance in the Litigation of all Claims and Counter-Claims:**

Cianbro maintains a file for the South Market Street Bridge project at its offices in Baltimore Maryland. Files and records related to this matter are also maintained in the office of Cianbro's general counsel as well as with its outside counsel, McCarter & English, LLP.

**C.    A Calculation of Damages:**

Cianbro's counter-claim alleges damages of at least $45,221.00 calculated as follows:

| | |
|---|---|
| Total monthly monitoring costs through warranty period: | $32,247.00 |
| Cost of Warranty Bond Purchased by Cianbro | $7,545.00 |
| Overcharges by M.C. Painting Corporation and amounts Owed to or Offset by Cianbro | $5,429.00 |

Cianbro asserts that additional potential damages exist to the extent that Cianbro, through the end of the warranty period for which M.C. Painting Corporation was responsible but for which M.C. Painting Corporation failed to secure the appropriate warranty bond for, is required to perform any repair or replacement work to any of M.C. Painting Corporation's work. Cianbro reserves the right to update this calculation.

**D.    Insurance Coverage Relevant to this Matter:**

No insurance coverage is relevant to Plaintiffs' claims.

McCARTER & ENGLISH, LLP

/s/ Christopher A. Selzer
Christopher A. Selzer, Esq. (#4305)
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302)-984-6300
(302)-984-6399 facsimile
**Attorney for Defendant**
**Cianbro Corporation**

Date: January 15, 2008

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF DELAWARE

| | |
|---|---|
| M.C. PAINTING CORPORATION )<br>)<br>Plaintiff, )<br>v. )<br>)<br>CIANBRO CORPORATION, )<br>)<br>and )<br>)<br>TRAVELERS CASUALTY AND )<br>SURETY COMPANY OF AMERICA )<br>)<br>Defendants ) | Case No. 07-283 (GMS) |

**CERTIFICATE OF SERVICE**

    I, Christopher A. Selzer, hereby certify that on January 15, 2008 a true and correct copy of **Defendant Cianbro Corporation's Initial Disclosures Pursuant To Federal Rule Of Civil Procedure 26(A)(1)** was served via first class mail upon the following counsel:

Robert Daniel Ardizzi, Esq.  
Davis, Bucco & Ardizzi  
901 N. Market Street, Suite 700  
Wilmington, DE 19801

Sandra G. M. Selzer, Esq  
Greenberg Traurig, LLP  
1007 N. Orange Street, Suite 1200  
The Nemours Building  
Wilmington, DE 19801

                        **McCARTER & ENGLISH, LLP**

                        /s/Christopher A. Selzer  
                        Christopher A. Selzer, Esq. (#4305)  
                        405 N. King Street, 8th Floor  
                        Wilmington, DE  19801  
                        (302)984-6300  
                        (302)984-6399 fax  
                        **Counsel for Defendant Cianbro Corporation**

Date: January 15, 2008

ME1 7052094v.1  
ME1 7057184v.1