IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| M.C. PAINTING CORPORTION | § § | C.A. No. 1:07-cv-00283-GMS |
| Plaintiff, | § § § | |
| v. | § § | |
| CIANBRO CORPORATION, and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, | § § § § § | TRIAL BY JURY DEMANDED |
| Defendants. | § § | |
| CIANBRO CORPORATION, | § § § | |
| Counter-Claim Plaintiff, | § § | TRIAL BY JURY DEMANDED |
| v. | § § § | |
| M.C. PAINTING CORPORATION, | § § § | |
| Counter-Claim Defendant. | § | |

**PROPOSED ORDER**

HAVING CONSIDERED, this ___6^TH___ day of ___March___ 2008, Cianbro Corporation's Motion to File an Amended Counter-Claim and to File Amended Initial Disclosures (the "Motion"), the proposed Amended Counter-Claim of Cianbro and the proposed Amended Initial Disclosure, the Motion is hereby GRANTED, and the Clerk is directed to enter upon the Docket Cianbro's Amended Counter-Claim and Amended Initial Disclosure.

IT IS SO ORDERED.

_____
The Honorable Gregory M. Sleet

**FILED**

MAR - 6 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

4

ME1 7141231v.1