IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF DELAWARE

| | | |
|---|---|---|
| M.C. PAINTING CORPORATION | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | Case No. 07-283 (GMS) |
| CIANBRO CORPORATION, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| TRAVELERS CASUALTY AND | ) | |
| SURETY COMPANY OF AMERICA | ) | |
| | ) | |
| Defendants | ) | |

**DEFENDANT CIANBRO CORPORATION'S AMENDED DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)**

COMES NOW, Cianbro Corporation ("Cianbro"), by and through undersigned counsel pursuant to Federal Rule of Civil Procedure 26(a)(1) with this initial disclosure and states as follows:

A.    **Parties Likely to Have Discoverable Information Concerning Claims and Defenses in this Action:**

Tom Stone
Cianbro Corporation
605 Pittman Road
Baltimore, MD

Mike Hart
Cianbro Corporation
605 Pittman Road
Baltimore, MD

Cianbro reserves the right to update his list.

B.    **The Location of Documents and Records Likely to be of Assistance in the Litigation of all Claims and Counter-Claims:**

ME1 7052094v.1

Cianbro maintains a file for the South Market Street Bridge project at its offices in Baltimore Maryland. Files and records related to this matter are also maintained in the office of Cianbro's general counsel as well as with its outside counsel, McCarter & English, LLP.

### C.    A Calculation of Damages:

Cianbro's counter-claim alleges damages of at least $52,766.00 calculated as follows:

| | |
|---|---|
| Total monthly monitoring costs through warranty period: | $32,247.00 |
| Cost of Warranty Bond Purchased by Cianbro | $7,545.00 |
| Overcharges by M.C. Painting Corporation and amounts Owed to or Offset by Cianbro | $12,974.00 |

Cianbro asserts that additional potential damages exist to the extent that Cianbro, through the end of the warranty period for which M.C. Painting Corporation was responsible but for which M.C. Painting Corporation failed to secure the appropriate warranty bond for, is required to perform any repair or replacement work to any of M.C. Painting Corporation's work.

### D.    Insurance Coverage Relevant to this Matter:

No insurance coverage is relevant to Plaintiffs' claims.


McCARTER & ENGLISH, LLP

/s/ Christopher A. Selzer
Christopher A. Selzer, Esq. (#4305)
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302)-984-6300
(302)-984-6399 facsimile
**Attorney for Defendant**
**Cianbro Corporation**

Date: January 15, 2008