**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE**

| | |
|---|---|
| M.C. PAINTING CORPORATION | : |
|                    Plaintiff, | : |
|     v. | : |
| | : No. 1:07-cv-283 (GMS) |
| CIANBRO CORPORATION, | : |
| | : |
|          and | : |
| | : |
| TRAVELERS CASUALTY AND | : |
| SURETY COMPANY OF AMERICA | : |
| | : |
|                    Defendants | : |

**ANSWER TO AMENDED COUNTERCLAIM**

Plaintiff, M.C. Painting Corporation, by and through its attorneys, Davis, Bucco & Ardizzi, hereby answers the Amended Counterclaim filed by Cianbro Corporation in this matter as follows:

1. No response required by Plaintiff.

2. Admitted only that Plaintiff and Cianbro executed the agreement attached to the Amended Complaint as Exhibit "1".

3. Denied. The document is in writing and speaks for itself and any attempt to characterize its terms is therefore denied.

4. Denied. The document is in writing and speaks for itself and any attempt to characterize its terms is therefore denied.

5. Denied.

6. Plaintiff lacks sufficient information and knowledge to form a belief as to the truth of the allegation regarding the damages allegedly incurred by Cianbro. However, it is denied that Plaintiff is liable for said damages.

7. Denied.

8. Denied as stated. It is admitted that Plaintiff did not procure a warranty bond. However, it is denied that Plaintiff is liable for the amount claimed by Cianbro as Cianbro was contractually obligated to the Owner to procure said warranty bond and therefore has not incurred any damages in this regard. Further, Cianbro is improperly attempting to recover damages for warranty inspections as set forth above in paragraph 6 and the costs of the bond as set forth in this paragraph.

9. Denied as a conclusion of law to which no response is required.

## Count I – Breach of Contract and Declaration of Cianbro's Relieved Performance

10. Plaintiff incorporates its responses to paragraphs 1 through 8 above as if fully set forth at length herein.

11. Denied as a conclusion of law to which no response is required.

12. Denied as a conclusion of law to which no response is required.

13. Denied as a conclusion of law to which no response is required. Further, Plaintiff lacks sufficient information and knowledge to form a belief as to the truth of the allegation regarding the damages allegedly incurred by Cianbro. However, it is denied that Plaintiff is liable for said damages.

14. Denied as a conclusion of law to which no response is required. Further, Plaintiff lacks sufficient information and knowledge to form a belief as to the truth of the allegation regarding the damages allegedly incurred by Cianbro. However, it is denied that Plaintiff is liable for said damages.

15. Denied as a conclusion of law to which no response is required. However, it is

denied that Plaintiff is liable for said damages.

16.	Admitted that Plaintiff did not procure a warranty bond.

17.	Denied.  It is denied that Plaintiff is liable for the amount claimed by Cianbro as Cianbro was contractually obligated to the Owner to procure said warranty bond and therefore has not incurred any damages in this regard.  Further, Cianbro is improperly attempting to recover damages for warranty inspections as set forth above in paragraph 6 and the costs of the bond as set forth in this paragraph.

**WHEREFORE**, Plaintiff, M.C. Painting Corporation, demands judgment in its favor and against Defendant Cianbro Corporation as to the Counterclaim and in accordance with the Amended Complaint filed in this matter.

## AFFIRMATIVE DEFENSES TO AMENDED COUNTERCLAIM

1.	The Counterclaim is barred by Cianbro's own material breach of the parties' contract.

2.	The prices charged by Plaintiff were the fair and reasonable prices charged in the industry and the prices that Cianbro agreed to pay for the work.

3.	Cianbro has overstated its alleged damages.

            **DAVIS, BUCCO & ARDIZZI**

            /s/ Robert D. Ardizzi
            Robert D. Ardizzi, Esquire
            DE Bar No. 3602
            901 N. Market Street, Suite 700
            Wilmington, DE 19801
            (302) 345-9808
            Attorneys for Plaintiff