

ATTORNEYS AT LAW

July 11, 2008

VIA HAND DELIVERY AND E-FILING

The Honorable Gregory M. Sleet
Chief Judge
United States District Court for the District of Delaware
844 North King Street
Room 4209
Lock Box 19
Wilmington, DE 19801

Christopher A. Selzer
Associate
Business Litigation Group
T. 302.984.6300
F. 302.984.6399
cselzer@mccarter.com

**Re: M.C. Painting Corp. v. Cianbro Corporation et al. C.A. No. 07-CV-283**

Dear Judge Sleet:

I represent Cianbro Corporation in the above referenced matter. I write to provide Your Honor with an update regarding this case and to provide a brief explanation of the joint stipulation filed herewith. Following a December 20, 2007 scheduling conference Your Honor entered a scheduling order providing a discovery cut-off date of July 15, 2008. The parties have not encountered a single discovery dispute and anticipate continuing on that path. Although discovery is almost fully complete, the Parties respectfully request permission to postpone the final few depositions until the first week of November. Such a request will not disrupt in any other way, the scheduling order.

McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801

www.mccarter.com

This matter includes a specific Counterclaim regarding an executory contract which Cianbro alleges is partially in breach, but under which yet unknown potential damages have accrued. Simply, Cianbro alleges, *inter alia*, that M.C. Painting Corp. was required to warrant its work by ongoing inspection and repair through October 31, 2008. Although the parties have various contract claims pending between them, a significant portion of the disagreement (and settlement discussions) is now focused upon this yet unknown potential liability.

BOSTON

HARTFORD

In an effort to avoid costly follow-up depositions, the parties have agreed to, with the Court's permission, a single modification of the Scheduling Order as follows:

NEW YORK

NEWARK

**All non-expert party depositions and any final paper discovery regarding warranty items arising between July 15, 2008 and October 31, 2008, must be completed by November 15, 2008.**

PHILADELPHIA

STAMFORD

The parties do not anticipate dispositive motions in this matter and remain confident that this case will be resolved before Magistrate Judge Stark. We have requested a mediation in November.

WILMINGTON

ME1 7515148v.1

The Honorable Gregory M. Sleet
July 11, 2008
Page 2

As always, if Your Honor should have any questions about this or any other matter, the parties remain available at the convenience of the Court.

Respectfully submitted,

Christopher A. Selzer/aa

ME1 7515148v.1