IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| M.C. PAINTING CORPORATION<br>Plaintiff,<br><br>v.<br><br>CIANBRO CORPORATION, and<br>TRAVELERS CASUALTY AND<br>SURETY COMPANY OF AMERICA,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | C.A. No. 1:07-cv-283 (GMS) |

## STIPULATION TO MODIFY THE SCHEDULING ORDER AND REQUEST FOR ORDER

COME NOW, the Parties by and through undersigned counsel, with this Stipulation to Modify the Scheduling Order (the "Stipulation"), and in support hereof states as follows:

1.  The Parties, with the Court's approval, hereby stipulate and agree that all non-expert party depositions and any final paper discovery regarding warranty items arising between July 15, 2008 and October 31, 2008, must be completed by November 15, 2008;

2.  No other modification of the scheduling order will be amended or affected.

ME1 7518422v.1

WHEREFORE, the Parties pray that this Honorable Court enter an order, in the form attached hereto, approving this Stipulation.

Respectfully Submitted,

July 11, 2008.

**McCARTER & ENGLISH, LLP**

/s/ Christopher A. Selzer
Christopher A. Selzer, Esq. (#4305)
405 North King Street, 8th Floor
P.O. Box 111
Wilmington, DE  19899
(302) 984.6300
(302) 984.6399
**Counsel for Defendant Cianbro Corporation**

**GREENBERG TRAURIG, LLP**

/s/ Sandra G. M. Selzer
Sandra G. M. Selzer, Esq. (#4283)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Telephone:  (302) 661-7000
Facsimile:  (302) 661-7360
**Counsel for Defendant Travelers Casualty and Surety**

**DAVIS, BUCCO & ARDIZZI**

/s/ Robert D. Ardizzi
Robert D. Ardizzi, Esquire (#3602)
901 N. Market Street, Suite 700
Wilmington, DE 19801
(302) 345-9808
**Counsel for Plaintiff M.C. Painting**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| M.C. PAINTING CORPORATION<br>Plaintiff,<br><br>v.<br><br>CIANBRO CORPORATION, and<br>TRAVELERS CASUALTY AND<br>SURETY COMPANY OF AMERICA,<br><br>Defendants. | §§§§§§§§§§§§ | C.A. No. 1:07-cv-283 (GMS) |

## PROPOSED ORDER

HAVING CONSIDERED the Stipulation of the Parties in this matter to modify the Scheduling Order, there being no objection thereto and good cause having been shown;

IT IS HEREBY ORDERED, this ___, day of July, 2008, that the time in which all non-expert party depositions and any final paper discovery regarding warranty items arising between July 15, 2008 and October 31, 2008, must be completed by November 15, 2008.

_____

The Honorable Gregory M. Sleet

ME1 7518422v.1